IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIDION MILLING, INC., et al.,

    Defendants.

ORDER

Case No. 22-cr-55-jdp

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS BOOKER,

    Defendant.

ORDER

Case No. 22-cr-54-jdp

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL BRIGHT,

    Defendant.

ORDER

Case No. 22-cr-44-jdp

---

At today's video conference hearing, the court set the sentencing schedule and procedure.

The probation office is directed to submit a modified presentence report for each of the defendants in these related cases. The modified presentence reports will contain all information that is ordinarily included in a presentence report except for The Offense Conduct in Part A. The Court finds that the information documented in the record, including plea agreements,

pretrial motion filings, and information presented at trial for individual defendants, provides the Court with comprehensive and essential information regarding the facts of the offense conduct of the defendants.

The schedule is as follows.

For Didion, Inc.: PSR disclosure December 15, 2023; Objections December 29; revised report January 16, 2024; written submissions January 18; sentencing hearing 10:00 a.m., January 25. Victim statements delivered at the Didion sentencing will be considered in sentencing of the individual defendants, and the court will provide a transcript of those statements to the individual defendants.

PSR disclosure dates for the individual defendants: Mesner December 18, 2023; Clark December 20; Winch December 27; Niemeyer December 29; Hess January 2, 2024; Bright January 3; and Booker January 4. Objections from all individual defendants due January 18; revised reports due February 5. For Hess, Mesner, and Clark: written sentencing submissions due February 8; sentencing hearing 9:00 a.m., February 15 (beginning with any further victim statements, then the hearing for Hess, followed by Clark, then Mesner). For Bright, Winch, and Niemeyer: written submissions due February 9; sentencing hearings 9:00 a.m., February 16 (also beginning with any further victim statements, then the hearing for Bright, followed by Winch, then Niemeyer). For Booker: written submissions due March 12; sentencing hearing 9:00 a.m., March 19, 2024.

Entered November 13, 2023.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge

2